STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES COLEMAN, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Gerald T. Foley, Jr.* for the petitioner.

*Mr. Charles M. Egan, Jr.,* and *Mr. Donald R. DelMonte* for the respondent.

September 15, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JACK STASSI, DEFENDANT-PETITIONER.

*Messrs. Glickman & Valentine* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SHERWIN H. RAYMOND, DEFENDANT-PETITIONER.

*Mr. Allan Shoopak* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

September 15, 1969. Denied.